**W. C. SCHILLING, Appellant, v. UNITED STATES of America.**

No. 8757.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1930.

D. W. Peters, of Jefferson City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties.

**S. J. SCHNEIDER, Trustee in Bankruptcy of the Estate of C. C. SEATON, Bankrupt, v. Clarence C. SEATON.**

No. 5411.

Circuit Court of Appeals, Sixth Circuit.

March 7, 1930.

Gifford & Steinfeld, of Louisville, Ky., for appellant.

Peak & Peak, of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**Carl Ph. SCHWALB v. L. B. BROMFIELD, as Receiver of the Globe National Bank of Denver.**

No. 35.

Circuit Court of Appeals, Tenth Circuit.

June 8, 1929.

Wilbur F. Denious and Hudson Moore, both of Denver, Colo., for appellant.

Ralph Hartzell, of Denver, Colo., for appellee.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed June 8, 1929, per stipulation.

**Frank M. SCHWEITZER, Executor of Estate of Catherine M. Schweitzer, Deceased, v. GLOBE INDEMNITY COMPANY.**

No. 5600.

Circuit Court of Appeals, Sixth Circuit.

April 17, 1930.

Brent Spence, of Newport, Ky., for appellant.

Orie S. Ware, of Covington, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**SEARS, ROEBUCK & COMPANY, Appellant, v. TROPIC–AIRE, Incorporated.**

No. 8797.

Circuit Court of Appeals, Eighth Circuit.

May 29, 1930.

John H. Cassidy, of St. Louis, Mo., Otto R. Barnett, of Chicago, Ill., and John D. Rippey and Lawrence C. Kingsland, both of St. Louis, Mo., for appellant.

A. C. Paul and Maurice M. Moore, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court; questions raised by appeal having become moot.